<div style="text-align:right; font-variant:small-caps">

ALBANY,
August, 1816.

VROOMAN
v.
LAWYER.

</div>

———◦✳◦———

<div style="text-align:center; font-variant:small-caps">VROOMAN *against* LAWYER.</div>

IN ERROR, on *certiorari* to a justice's court.

The defendant in error, who was plaintiff in the court below, brought an action against the plaintiff in error in the court below, and proved that the bull of the latter had gored his horse ; but there was no evidence that the bull had ever before done similar acts, or that he had ever before been unruly. The justice gave judgment for the plaintiff below, the defendant in error.

*Per Curiam.* The judgment is clearly wrong. If damage be done by any domestic animal, kept for use or convenience, the owner is not liable to an action on the ground of negligence, without proof that he knew that the animal was accustomed to do mischief. (1 *Ld. Raym.* 109. 2 *Ld. Raym.* 1583. *Buxendin* v. *Sharp,* 2 *Salk.* 662.)

<div style="text-align:right">

Judgment reversed. *(a)*

</div>

The owner of a domestic animal is not liable for injuries which it may have committed, unless he had notice that it was accustomed to do mischief.

<hr>

*(a)* 1 *Chitty on Plead.* 69.